UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80155-CR-ROSENBERG/Reinhart

UNITED STATES OF AMERICA       )
                               )
v.                             )
                               )
KYLE RAY WILSON,               )
                               )
       Defendant.              )
_____)

**FACTUAL PROFFER**

The United States of America and the defendant, KYLE RAY WILSON, hereby agree that, had this case proceeded to trial, the United States would have proved beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida and elsewhere:

On or about August 8, 2023, an FBI Child and Adolescent Forensic Interviewer (CAFI) interviewed Minor Victim 1. During the CAFI interview, Minor Victim 1 stated WILSON had approached Minor Victim 1 and her cousin through the online social networking application TikTok. Minor Victim 1's social media account profile identified she was 15 years old at the time. Minor Victim 1 had a "LIVE" post, which WILSON joined. After Minor Victim 1 thanked WILSON for joining the "LIVE", WILSON began to message Minor Victim 1. After their first online encounter through TikTok, WILSON and Minor Victim 1 continued to message and video chat each other. They began using the Snapchat application to communicate as well.

Minor Victim 1 further explained to the CAFI that WILSON began asking for nude photos of Minor Victim 1's body, including her breasts, rear, and vagina. Additionally, WILSON messaged Minor Victim 1 photos of his penis on Snapchat on at least two occasions. All nude photos between WILSON and Minor Victim 1 were sent via the Snapchat application. Minor

Victim 1 explained the pictures she took of herself were taken in her bedroom. WILSON asked Minor Victim 1 to send a video of Minor Victim 1 masturbating with her fingers, to which Minor Victim 1 complied and sent. Additionally, WILSON requested a video of Minor Victim 1 using a hairbrush to masturbate, but Minor Victim 1 did not comply.

Minor Victim 1 explained that when they engaged in video calls at WILSON's request, WILSON normally kept his camera off. WILSON would get mad at Minor Victim 1 if she hung up on these calls, or if her phone battery died. When WILSON got mad, he would yell, curse, and call Minor Victim 1 derogatory names. At one point, WILSON became angry with Minor Victim 1 and demanded that Minor Victim 1 give WILSON her telephone number outside of social media. Minor Victim 1 reported WILSON's telephone number as ***-***-2764. One time, WILSON told Minor Victim 1 he wanted to meet Minor Victim 1 near her house in the area of Boyd Hill, Florida, in the Middle District of Florida. WILSON offered to buy breakfast or dinner for Minor Victim 1 and told Minor Victim 1 he wanted to have sex with her in a bathroom. WILSON sent Minor Victim 1 a screenshot of the proposed location after looking at the "Maps" portion of the Snapchat application which allowed users to see their locations as well as the location of others, depending on user settings.

Minor Victim 1 told the CAFI she saw WILSON's face approximately two (2) times while video-chatting when he did not have his camera turned off. Minor Victim 1 thought WILSON looked like he could be 39 years old, and described him as bald, with gray stubble on his face, and with tattoos of a bomb and a spider. On another occasion, WILSON showed Minor Victim 1 his business card, which Minor Victim 1 described as being red and black with ants on it. The business card also had the name, Kyle Ray WILSON on it, and showed WILSON had 18 years of experience.

On or about August 9, 2023, the FBI obtained information from T-Mobile for subscriber records relating to telephone number \*\*\*-\*\*\*-2764. T-Mobile provided the telephone number to be associated with the name "Eleven Eleven" and an address in Loxahatchee, Florida. A check of Florida's Driver and Vehicle Information Database (D.A.V.I.D.) for that address revealed a licensed driver, KYLE RAY WILSON, year of birth 1983. That same day, law enforcement officers sent a photo of WILSON to Minor Victim 1's father to show to Minor Victim 1. The father advised that Minor Victim 1 knew the photograph to depict WILSON, the person she had described to the CAFI. Toll analysis also showed 1,017 contacts between WILSON and Minor Victim 1 between March 17, 2023 and August 30, 2023.

In approximately March 2024, the FBI received information that the Village of DeForest Police Department in Wisconsin had separately investigated WILSON's known telephone number, \*\*\*-\*\*\*-2764. On approximately March 13, 2024, the FBI contacted a Village of DeForest Police Department Detective who advised he had investigated a subject related to Minor Victim A. During his investigation, the Detective had come across chat messages between Minor Victim A and a contact saved in Minor Victim A's phone as "Ky," with telephone number \*\*\*-\*\*\*-2764. A search of Minor Victim A's cell phone identified chats between Minor Victim A and WILSON's phone number which were captured by the Village of DeForest Police Department Detective. "Ky" provided a photo in the messages, which matched the appearance of the photo of WILSON available in Florida's D.A.V.I.D.

Also in March 2024, law enforcement officers queried Google for the Loxahatchee address, which revealed a business named "Kyle's Pest Control" as associated with that address. The phone number for Kyle's Pest Control was listed as \*\*\*-\*\*\*-8254.

On March 19, 2024, the FBI received T-Mobile records associated with telephone number, \*\*\*-\*\*\*-8254. T-Mobile provided that telephone number's subscriber as "PC Elevens" with a service address of the same address in Loxahatchee, Florida associated with WILSON on his driver's license.

On or about March 19, 2024, the FBI obtained toll records for the two telephone numbers believed to be associated with WILSON: \*\*\*-\*\*\*-2764 and \*\*\*-\*\*\*-8254. Toll record analysis revealed these numbers had been in communication with multiple other telephone numbers, some of which were associated with minor females. Subsequently, the FBI sent leads to other FBI Divisions to request CAFI interviews of the minor females.

Minor Victim 2, year of birth 2008, participated in a CAFI interview on May 31, 2024 near her residence of Piqua, Ohio. Minor Victim 2 disclosed to the CAFI that she and WILSON began talking when Minor Victim 2 was a freshman in high school. WILSON added Minor Victim 2 on Snapchat initially. WILSON and Minor Victim 3 communicated via the message and call features of Snap. At the time, Minor Victim 2 told WILSON she was 14 years old. On multiple occasions, WILSON requested nude photos from Minor Victim 2, specifically depicting her breasts and vagina, but Minor Victim 2 did not comply. WILSON sent Minor Victim 2 a photo of himself, and Minor Victim 2 then blocked WILSON's account. During the CAFI interview, Minor Victim 2 positively identified a photo of WILSON as the individual she communicated with online. Minor Victim 2 also identified additional Snapchat accounts associated with WILSON, including "freaky22012", "giggity_goo2023", and "mrniceguy11.22". Toll analysis showed 57 contacts between WILSON and Minor Victim 2 between May 5, 2023 and September 25, 2023.

The FBI received subscriber information relating to Snap Inc. account username, "mrniceguy11.22" on approximately June 24, 2024. Snap Inc. provided that prior to April 29,

2024, "mrniceguy11.22" was associated with telephone number \*\*\*-\*\*\*-8254, and a display name of "Kyle Wilson."

Minor Victim B, year of birth 2010, participated in a CAFI interview on July 2, 2024 near her residence of Des Moines, Iowa. Minor Victim B disclosed that she was approximately 11 or 12 years old when she first began speaking to a man named "Kyle" on Snap. The display name for Kyle included the words "nice guy," but Minor Victim B could not remember the exact username. "Kyle" told Minor Victim B he had dropped out of high school and worked with his dad. "Kyle" sent Minor Victim B a photo of his penis which the minor victim described as a picture of a penis, legs, and a bathroom which appeared to be a public restroom stall. Minor Victim B blocked "Kyle" from contact in response to the photo. "Kyle" then text messaged an acquaintance of Minor Victim B request the acquaintance relay to the minor victim to unblock "Kyle". Minor Victim B did not know how "Kyle" knew to contact the acquaintance to get to Minor Victim B.

Minor Victim C, year of birth 2011, participated in a CAFI interview on August 13, 2024 near her residence of Grand Rapids, Michigan. Minor Victim C informed the CAFI that a man she knew as "Kyle" added her on Snapchat a few years ago, when Minor Victim C was approximately 12 years old. Minor Victim C and "Kyle" talked to each other about their hobbies, and "Kyle" shared he liked playing video games or going to work. Minor Victim C told "Kyle" she enjoyed watching television. Sometimes during voice calls, Minor Victim C thought "Kyle" was in a truck with a friend because Minor Victim C could hear the engine running in the background. On at least one occasion, "Kyle" told Minor Victim C he was with a friend while they spoke. Minor Victim C could not remember how "Kyle" got her phone number. Minor Victim C and her friend video-chatted with "Kyle" a few times, but Minor Victim C thought it was strange that he never turned his camera on. Minor Victim C believed that "Kyle" sounded like an adult. Minor Victim C thought

"Kyle" wanted to be Minor Victim C's boyfriend, because "Kyle" kept attempting to talk to Minor Victim C and told Minor Victim C, "maybe I could date you for a day". After some time, Minor Victim C blocked "Kyle's" phone number as well as on Snap.

On or about November 19, 2024, law enforcement executed a search warrant at defendant's residence in Loxahatchee, Florida. In a room only used by the defendant, law enforcement found Minor Victim 1's home address written on a Post-It note. Law enforcement also found multiple pairs of girls' underwear in a drawer in the defendant's bedroom.

A preliminary search of the defendant's phones revealed conversations with Victim D, in which the defendant told her, "Your thighs look hot," and asked how Victim D was taking pictures "with your mom right there?" In a separate thread, Victim D said, "I dont wanna be with someone alot [sic] older than me …. you gotta realize i am 12." In a post-*Miranda* interview with law enforcement, the defendant admitted that he video chatted with Victim D every day. The defendant initially stated that he believed Victim D was around 14 years old, but later tacitly acknowledged she would have been 10 or 11 when the contact started.

Respectfully submitted,

MARKENZY LAPOINTE
Acting UNITED STATES ATTORNEY

Date: 1/21/25    By: _____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY

Date: 1/21/25    By: _____
SCOTT G. BERRY
ASSISTANT FEDERAL PUBLIC DEFENDER

Date: 1/21/25    By: _____
KYLE RAY WILSON
DEFENDANT

6